

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2018

No. 04-18-00492-CV

Eric **HOYELA**, Jesus Oyuela, Cynthia Arredondo, Emede Barrera, Jose Leon Garcia Jr., Edelmira Gomez, Jorge Solis, Jorge Alberto Barrera, Jose Saenz, Alvaro Pena, Erika Madariaga, Gina Madariaga, Ester Madariaga, Maria Lamar Trevino, and Monica Aguirre, Appellants

v.

**STARR COUNTY, TEXAS,**
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-16-514
The Honorable Everardo Garcia, Judge Presiding

# O R D E R

Appellants' brief was originally due October 12, 2018; however, the court granted an extension of time until November 12. Appellants have filed another motion, asking for an additional thirty days to file the brief.

We **grant the motion** and **order** appellant's brief due **December 11, 2018** (sixty days after the original due date). The court does not ordinarily grant extensions of more than sixty days beyond the original due date. Counsel is therefore advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2018.



_____

KEITH E. HOTTLE,
Clerk of Court